# Third District Court of Appeal

## State of Florida

Opinion filed January 28, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0846
Lower Tribunal No. F14-20653
_____

**Jamie Knowles,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Andrea Ricker Wolfson, Judge.

Jamie Knowles, in proper person.

James Uthmeier, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before SCALES, C.J., and EMAS, and GOODEN, JJ.

PER CURIAM.

Affirmed.  See State v. McBride, 848 So. 2d 287, 291 (Fla. 2003); State v. Miranda, 793 So. 2d 1042, 1044 (Fla. 3d DCA 2001) ("It is firmly established law that the statutes in effect at the time of commission of a crime control as to the offenses for which the perpetrator can be convicted, as well as the punishments which may be imposed."); § 782.04(2), Fla. Stat. (2014) ("The unlawful killing of a human being, when perpetrated by any act imminently dangerous to another and evincing a depraved mind regardless of human life, although without any premeditated design to effect the death of any particular individual, is murder in the second degree and constitutes a felony of the first degree, punishable by imprisonment for a term of years not exceeding life or as provided in s. 775.082, s. 775.083, or s. 775.084."); § 775.087(1)(a), Fla. Stat. (2014) ("Unless otherwise provided by law, whenever a person is charged with a felony . . . and during the commission of such felony the defendant carries, displays, uses, threatens to use, or attempts to use any weapon or firearm, or during the commission of such felony the defendant commits an aggravated battery, the felony for which the person is charged shall be reclassified as follows:  In the case of a felony of the first degree, to a life felony."); § 775.082(3)(a)3, Fla. Stat. (2014) ("A person who has been convicted of any other designated felony may be punished . . . for a life felony committed on or after July 1, 1995, by a term of

2

imprisonment for life or by imprisonment for a term of years not exceeding

life imprisonment.").